STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL
PROTECTION v. CLEMENT WILSON FAIRWEATHER AND
CLEMENT WILSON FAIRWEATHER, JR.

February 6, 1984.

Petition for certification denied.

GEORGE HUGHES v. SEGO INTERNATIONAL, LTD.

February 6, 1984.

Petition for certification denied.

CAROL CHEN v. JOHN CHEN.

February 6, 1984.

Petition for certification denied.

GERTRUDE FORMAN v. ELIZABETH J. MONAGHAN.

February 6, 1984.

Petition for certification denied.